THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER BALKUM, Appellant. [733 NYS2d 670] —Appeal unanimously dismissed. Memorandum: Contrary to the People's contention, the challenge of defendant to the legality of the minimum period of the indeterminate sentence of imprisonment survives his waiver of the right to appeal (*see, People v Seaberg*, 74 NY2d 1, 9). That challenge, however, was rendered moot by defendant's conditional release (*see, People v Meli*, 142

AD2d 938, 939, *lv denied* 72 NY2d 921; *see generally, People v Hamilton,* 214 AD2d 783). (Appeal from Judgment of Monroe County Court, Bristol, J.—Criminal Possession Weapon, 3rd Degree.) Present—Pigott, Jr., P. J., Green, Wisner, Kehoe and Burns, JJ.